11 OCT 25 AM 11: 15

DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 94cr1169-B |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL OF INDICTMENT AND RECALL BENCH WARRANT |
| ALFREDO CASTRO-APARICIO (5), | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant ALFREDO CASTRO-APARICIO (5), be dismissed without prejudice; and,

IT IS FURTHER ORDERED that the bench warrant for ALFREDO CASTRO-APARICIO (5), be recalled.

DATED: 10-24-11

(mdc)

_____
HONORABLE RUDI M. BREWSTER
United States District Court